RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Bailey Aaron Hall

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BAILEY AARON HALL,<br><br>Defendant. | Case No. 2:16-cr-321-JAD-PAL<br><br>**UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRE-SENTENCE INVESTIGATION REPORT AND PROPOSED ORDER** |

The defendant, BAILEY AARON HALL, by and through his attorney of record, Brian Pugh, Assistant Federal Public Defender, files this Unopposed Motion to Conduct a Pre-Plea Pre-Sentence Investigation Report on Bailey Aaron Hall.

On November 8, 2016, Mr. Hall was charged by indictment with four counts of interference with commerce by robbery in violation of 18 U.S.C. § 1951, three counts of brandishing a firearm during a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A), and one count of discharging a firearm during a crime of violence in violation of 18 U.S.C. §§ 924(c)(1)(A). ECF No. 14.

The parties are attempting to negotiate this case. The parties believe that they may be able to resolve this case short of trial. The parties are uncertain regarding the implications of

Mr. Hall's criminal history on his potential sentencing guideline calculation. Mr. Hall's criminal history calculation and his sentencing guideline range will necessarily affect the outcome and disposition of the case and/or potential negotiations. The parties are unable to definitively determine Mr. Hall's sentencing guideline range without knowing his entire criminal history and therefore a pre-plea pre-sentence investigation report is requested.

To satisfy Mr. Hall's concerns and to assure that he has the information he needs to make a truly knowing and intelligent decision, as whether to accept or reject a plea offer, he has requested that a pre-plea pre-sentence investigation report be completed. Undersigned counsel has spoken with AUSA Alexandra Michael and she does not oppose this motion. Trial in this matter is set for June 20, 2017.

For the reasons stated above, the parties respectfully request that a pre-plea pre-sentence investigation report be conducted in this matter.

DATED this 27th day of April 2017.

Respectfully Submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/ Brian Pugh*
By: _____
BRIAN PUGH
Assistant Federal Public Defender

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BAILEY AARON HALL,<br><br>Defendant. | Case No.: 2:16-cr-321-JAD-PAL<br><br>**ORDER** |

The reasons being sound, the parties being in agreement and the best interests of justice and judicial economy being served:

IT IS HEREBY ORDERED that the Probation Department prepare a pre-plea presentence investigation report for BAILEY AARON HALL.

DATED  28  day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE