DAYLE ELIESON
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar Number 10233
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6503 / Fax: (702) 388-5087
phillip.smith@usdoj.gov

Attorney for the Plaintiff
United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:16-cr-321-JAD-PAL** |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING |
| vs. | ) | |
| | ) | |
| BAILEY AARON HALL, | ) | |
| | ) | |
| Defendant. | ) | |

### **STIPULATION TO CONTINUE SENTENCING HEARING**

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Brian Pugh, Assistant Federal Public Defender, counsel for Defendant BAILEY AARON HALL, that the sentencing hearing for the above-captioned matter, currently scheduled for February 20, 2018, at the hour of 10:00 a.m., be vacated and continued for ninety (90) days. This stipulation is entered for the following reasons:

1. The lead government counsel for this case is presently on maternity leave. She is not expected to return until the end of March 2018.

2. The Government is requesting the continuance of the sentencing hearing not for purposes of delay, but merely to afford the Government the opportunity to maintain continuity of counsel.

3. The Defendant is in custody, but he does not object to the continuance.

DATED: February 2, 2018.

| /s/ | /s/ |
|---|---|
| PHILLIP N. SMITH, JR. | BRIAN PUGH |
| Assistant United States Attorney | Assistant Federal Public Defender |
| Counsel for the United States | Counsel for the Defendant |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:16-cr-321-JAD-PAL** |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING** |
| | ) | **SENTENCING HEARING** |
| vs. | ) | |
| | ) | |
| BAILEY AARON HALL, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Based on the pending stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the sentencing hearing in the above-captioned matter, currently scheduled for February 20, 2018, at the hour of 10:00 a.m., be vacated and continued to May 21, 2018 at the hour of 9:00 a.m.

DATED: 2/2/2018

_____
UNITED STATES DISTRICT JUDGE