UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00321-JAD-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Mot Strike – ECF No. 31) |
| BAILEY AARON HALL, | |
| Defendant. | |

Before the court is Government's Motion to Strike Defendant's Notice of Assertion of Right to be Present in Court Unshackled (ECF No. 30) (ECF No. 31). The court has reviewed the motion, defendant's Response (ECF No. 32) and the government's Reply (ECF No. 33). Having reviewed and considered the matter,

**IT IS ORDERED** that the Government's Motion to Strike Defendant's Notice of Assertion of Right to be Present in Court Unshackled (ECF No. 30) (ECF No. 31) is **DENIED**.

DATED this 15th day of February, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1