RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Bailey Aaron Hall

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-321-JAD-PAL |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING** (Second Request) |
| BAILEY AARON HALL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Alexandra Michael, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Bailey Aaron Hall, that the Sentencing Hearing currently scheduled on Thursday, May 21, 2018, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

The Stipulation is entered into for the following reasons:

1.      Counsel for the defendant will be out of state on another case from May 21-23, 2018.

2.      The defendant is incarcerated and does not object to the continuance.

1    3.    The parties agree to the continuance.

2    4.    The additional time requested herein is not sought for purposes of delay, but

3    merely to allow counsel for defendant sufficient time within which to be able to effectively and

4    complete investigation of the discovery materials provided.

5    5.    Additionally, denial of this request for continuance could result in a miscarriage

6    of justice. The additional time requested by this Stipulation is excusable in computing the time

7    within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United

8    States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code,

9    Section 3161(h)(7)(B)(i), (iv).

10    This is the second stipulation, first request by the defendant, to continue filed herein.

11    DATED this 19th day of April, 2017.

12
RENE L. VALLADARES                    STEVEN MYHRE
Federal Public Defender               Acting United States Attorney
13

14    _/s/ Brian Pugh_                      _/s/ Alexandra Michael_
By_____        By_____
15    BRIAN PUGH                            ALEXANDRA MICHAEL
Assistant Federal Public Defender     Assistant United States Attorney
16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-321-JAD-PAL |
| Plaintiff, | |
| v. | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| BAILEY AARON HALL, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      Counsel for the defendant will be out of state on another case from May 21-23, 2018.

2.      The defendant is incarcerated and does not object to the continuance.

3.      The parties agree to the continuance.

4.      The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5.      Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

/ / /

/ / /

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for ~~Thursday~~, May 21, 2018 at 9:00 a.m., be vacated and continued to August 20, 2018 at the hour of 10:00 a.m.

DATED this 19th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE

4