RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Bailey Aaron Hall

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>BAILEY AARON HALL,<br><br>        Defendant. | Case No. 2:16-cr-321-JAD-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Alexandra Michael, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Bailey Aaron Hall, that the Sentencing Hearing currently scheduled on Monday, August 20, 2018, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

The Stipulation is entered into for the following reasons:

1. Mr. Hall's parents and siblings have followed court proceedings closely, have attended prior hearings, and intend Mr. Hall's sentencing. Unfortunately, a sibling's spouse recently took her own life and her out-of-state funeral conflicts with Mr. Hall's current

sentencing date. The parties have agreed to a 45-day continuance of the sentencing hearing to allow family to be in attendance to support him.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the third stipulation, first request by the defendant, to continue filed herein.

DATED this 7th day of August 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Brian Pugh*<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender | */s/ Alexandra Michael*<br>By_____<br>ALEXANDRA MICHAEL<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BAILEY AARON HALL,<br><br>    Defendant. | Case No. 2:16-cr-321-JAD-PAL<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Hall's parents and siblings have followed court proceedings closely, have attended prior hearings, and intend Mr. Hall's sentencing. Unfortunately, a sibling's spouse recently took her own life and her out-of-state funeral conflicts with Mr. Hall's current sentencing date. The parties have agreed to a 45-day continuance of the sentencing hearing to allow family to be in attendance to support him.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United

States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, August 20, 2018 at 10:00 a.m., be vacated and continued to October 2, 2018, at the hour of 10:00 a.m.

DATED this 8th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE