MICHAEL J MICELI, ESQ.
Nevada bar No. 10151
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
BAILEY AARON HALL

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-00321-JAD-PAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE SENTENCING |
| | ) | |
| BAILEY AARON HALL, | ) | |
| | ) | (First Request) |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between BAILEY AARON HALL, Defendant, by and through his counsel MICHAEL J MICELI, ESQ, DAYLE ELIESON, United States Attorney, and ALEXANDRA M. MICHAEL, Assistant United States Attorney, that Sentencing currently scheduled for November 13, 2018 at 11:00 a.m. be vacated and continued for 60 days or to a time convenient with the Court.

This Stipulation is entered into for the following reasons:

1. The parties agree to the continuance.

2. Defendant Hall is detained and agrees to the continuance.

3. Counsel was recently appointed and needs additional time to obtain Defendant's file from the Public Defender and to go over any issue Defendant may have.

4. Additionally, denial of this request for continuance would result in a miscarriage of justice.

5. This is the first request to continue the sentencing.

DATED this 10th day of September 2018.

Respectfully submitted.

DAYLE ELIESON
UNITED STATES ATTORNEY

PITARO & FUMO, CHTD.

/s/
MICHAEL J. MICELI, ESQ.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
ATTORNEY FOR DEFENDANT
BAILEY AARON HALL

/s/
ALEXANDRA M MICHAEL, ESQ.
ASSISTANT UNITED STATES ATTORNEY
501 LAS VEGAS BOULEVARD SOUTH. #1100
LAS VEGAS, NEVADA 89101

MICHAEL J MICELI, ESQ.
Nevada bar No. 10151
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
BAILEY AARON HALL

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-00321-JAD-PAL |
| Plaintiff, | |
| v. | |
| BAILEY AARON HALL, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The parties agree to the continuance.

2. Defendant Hall is detained and agrees to the continuance.

3. Counsel was recently appointed and needs additional time to obtain Defendant's file from the Public Defender and to go over any issue Defendant may have.

4. Additionally, denial of this request for continuance would result in a miscarriage of justice.

5. This is the first request to continue the sentencing.

## CONCLUSIONS OF LAW

The end of justice served by granting said continuance outweigh the best interest of the public and defendants since the failure to grant said continuance would likely result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

## ORDER

**IT IS ORDERED** that Sentencing currently scheduled for November 13, 2018, at 11:00 a.m. be continued to January 15, 2019, at 11:00 a.m.

DATED this __12th__ of __October__, 2018.

_____
U.S. DISTRICT JUDGE