MICHAEL J MICELI, ESQ.
Nevada bar No. 10151
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
BAILEY AARON HALL

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-00321-JAD-PAL |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| BAILEY AARON HALL, | |
| Defendant. | (Second Request) |

IT IS HEREBY STIPULATED by and between BAILEY AARON HALL, Defendant, by and through his counsel MICHAEL J MICELI, ESQ, DAYLE ELIESON, United States Attorney, and ALEXANDRA M. MICHAEL, Assistant United States Attorney, that Sentencing currently scheduled for January 15, 2019 at 10:00 a.m. be vacated and continued for 90 days or to a time convenient with the Court.

This Stipulation is entered into for the following reasons:

1. The parties agree to the continuance.

2. Defendant Hall is detained and agrees to the continuance.

3. Counsel will be requesting that Defendant Hall complete an evaluation with Dr. Norman Roitman.

4. Additionally, denial of this request for continuance would result in a miscarriage of justice.

5. This is the second request to continue the sentencing.

DATED this 31st day of December 2018..

                                         Respectfully submitted.

                                         DAYLE ELIESON
PITARO & FUMO, CHTD.              UNITED STATES ATTORNEY

| /s/ | /s/ |
|---|---|
| MICHAEL J. MICELI, ESQ. | ALEXANDRA M MICHAEL, ESQ. |
| 601 LAS VEGAS BOULEVARD, SOUTH | ASSISTANT UNITED STATES ATTORNEY |
| LAS VEGAS, NEVADA 89101 | 501 LAS VEGAS BOULEVARD SOUTH. #1100 |
| ATTORNEY FOR DEFENDANT | LAS VEGAS, NEVADA 89101 |
| BAILEY AARON HALL | |

MICHAEL J MICELI, ESQ.
Nevada bar No. 10151
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
BAILEY AARON HALL

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-00321-JAD-PAL |
| Plaintiff, | |
| v. | |
| BAILEY AARON HALL, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The parties agree to the continuance.

2. Defendant Hall is detained and agrees to the continuance.

3. Counsel will be requesting that Defendant Hall complete an evaluation with Dr. Norman Roitman.

4. Additionally, denial of this request for continuance would result in a miscarriage of justice.

5. This is the second request to continue the sentencing.

## **CONCLUSIONS OF LAW**

The end of justice served by granting said continuance outweigh the best interest of the public and defendants since the failure to grant said continuance would likely result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

## **ORDER**

**IT IS ORDERED** that Sentencing currently scheduled for January 15, 2019, at 10:00 a.m. be continued to April 22, 2019, at the hour of 10:00 a.m.

DATED this 11th day of January, 2019.

_____
U.S. DISTRICT JUDGE