# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00321-JAD-PAL |
| Plaintiff, | |
| vs. | ORDER |
| BAILEY AARON HALL, | |
| Defendant. | |

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that sentencing in the above-captioned matter currently scheduled for April 22, 2019 at 10:00 a.m., be vacated and continued to May 6, 2019, at the hour of 1:30 p.m.

IT IS SO ORDERED.

Entered: 4/10/2019

_____
HONORABLE JENNIFER A. DORSEY
United States District Judge