NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ALEXANDRA MICHAEL
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
Alexandra.m.michael@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>BAILEY HALL,<br><br>          Defendant. | Case No. 2:16-cr-00321-JAD-PAL<br><br>**STIPULATION TO CONTINUE GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM**<br>*(First Request)* |

IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through the undersigned, together with Michael Miceli, Esq., counsel for defendant BAILEY HALL, that the Government's Response to Defendant's Sentencing Memorandum is currently due on May 1, 2019, be vacated and continued for two days, with a new due date of May 3, 2019.

This stipulation is entered for the following reasons:

1. The government needs additional time to research and review Defendant's Sentencing Memorandum.

2. The assigned AUSA concluded a seven (7) day trial in the case of *United States v. Thomas et al.* 15-cr-62-APG-CWH on April 30, 2019.

3. The parties agree to the continuance.

1

4. The defendant is currently in custody and agrees to the continuance.

5. For the reasons stated above, the ends of justice would best be served by a continuance of the government's response deadline.

6. The additional time requested by this stipulation is made in good faith and not for purposes of delay.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice.

Dated this 1st day of May, 2019

NICHOLAS A. TRUTANICH
United States Attorney

| /s/ | /s/ |
|---|---|
| ALEXANDRA MICHAEL | Michael Miceli, Esq. |
| Assistant United States Attorney | Counsel for Defendant BAILEY HALL |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BAILEY HALL,

    Defendant.

Case No. 2:16-cr-00321-JAD-PAL

**ORDER GRANTING STIPULATION TO CONTINUE GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM**

## FINDING OF FACTS

This stipulation is entered for the following reasons:

1. The government needs additional time to research and review Defendant's Sentencing Memorandum.

2. The assigned AUSA concluded a seven (7) day trial in the case of *United States v. Thomas et al*. 15-cr-62-APG-CWH on April 30, 2019.

3. The parties agree to the continuance.

4. The defendant is currently in custody and agrees to the continuance.

5. For the reasons stated above, the ends of justice would best be served by a continuance of the government's response deadline.

6. The additional time requested by this stipulation is made in good faith and not for purposes of delay.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that Government's Response to Defendant's Sentencing Memorandum, currently set for May 1, 2019, be vacated and continued until May 3, 2019.

DATED: 5/2/2019

_____
UNITED STATES DISTRICT JUDGE