# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

                                 Plaintiff,

      v.

Bailey Aaron Hall,

                             Defendant.

JUDGMENT

Case Number:  2:16-cr-00321-JAD-GWF

(Related case: 2:20-cv-01062-JAD      )

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Bailey Aaron Hall's motion to vacate under 28 U.S.C. § 2255 is denied.
A certificate of appealability is denied.

| | |
|---|---|
| 1/22/2021 | DEBRA K. KEMPI |
| Date | Clerk |
| | |
| | /s/ M. Reyes |
| | Deputy Clerk |